

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney<br>Nevada Bar No. 7709<br>BIANCA R. PUCCI<br>Assistant United States Attorney<br>Nevada Bar No. 16129<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89101<br>Tel: (702) 388-6336<br>Fax: (702) 388-6418<br>Bianca.Pucci@usdoj.gov<br>*Attorneys for the United States* | FILED.<br>DATED: 5:16 pm, August 03, 2023<br>U.S. MAGISTRATE JUDGE |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>ERIC RAMIREZ,<br>　　aka "DRACO",<br><br>　　　　Defendant. | Case No. 2:23-mj-707-BNW<br><br>**APPLICATION TO SEAL** |

COMES NOW the United States of America, by and through Jason M. Frierson, Acting United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint, this Application and the Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

In this case, an order sealing the Complaint would be appropriate because the attached Complaint relates to an ongoing criminal investigation into violations of 18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D) – *Engaging in the Business of Dealing or Manufacturing Firearms Without a License*; 18 U.S.C. §§ 933(a)(1), and 924(d) – *Trafficking in Firearms*; and 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – *Distribution of a Controlled Substance*, that is neither public

1

nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that the disclosure of the information contained within the Complaint will jeopardize the investigation, including by giving additional targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates.

DATED: August 3, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*Bianca R. Pucci*

BIANCA R. PUCCI
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC RAMIREZ,<br>    aka "DRACO",<br><br>Defendant. | Case No. 2:23-mj-707-BNW<br><br>**ORDER TO SEAL**<br><br>FILED.<br><br>DATED: 11:45 am, August 07, 2023<br><br>U.S. MAGISTRATE JUDGE |

    Based on the pending Application of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's Application and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

    DATED this 7th day of August, 2023.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

3