RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Eric Ramirez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00151-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| ERIC RAMIREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Eric Ramirez, that the Sentencing Hearing currently scheduled on June 26, 2024, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to gather mitigation information for Mr. Ramirez, which is relevant to the sentencing disposition of this case.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The parties request that the deadlines for informal objections to the PSR and the submission of the Final PSR be extended in accordance with the new sentencing date.

This is the first stipulation to continue filed herein.

DATED this 30th day of May 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Keisha K. Matthews<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | /s/ Robert Knief<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC RAMIREZ,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00151-APG-NJK<br><br>**<u>ORDER</u>** |

　　Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, June 26, 2024, at 10:00 a.m., be vacated and continued to <u>September 19, 2024</u> at the hour of <u>9:30 a</u>.m. in Courtroom 6C.

　　DATED this <u>31st</u> day of May 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE