RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Eric Ramirez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00151-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Fourth Request) |
| ERIC RAMIREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Eric Ramirez, that the Sentencing Hearing currently scheduled on February 20, 2025 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to gather mitigation information for Mr. Ramirez, which is relevant to the sentencing disposition of this case.

2. Additionally, modifications were made to the PSR on February 10, 2025. Defense counsel needs additional time to meet with Mr. Ramirez to review the modifications.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the fourth stipulation to continue filed herein.

DATED this 13th day of February 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC RAMIREZ,<br><br>　　　　Defendant. | Case No. 2:23-cr-00151-APG-NJK<br><br>**ORDER** |

　　Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for February 20, 2025 at 1:30 p.m., be vacated and continued to May 21, 2025 at the hour of 9:30 a.m. in Courtroom 6C.

　　DATED this 18th day of February 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE