SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
 (702) 388-6214
Robert.Knief@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC RAMIREZ,<br><br>Defendant. | Case No.: 2:23-cr-0151-APG-NJK<br><br>GOVERNMENT SENTENCING MEMORANDUM |

Defendant Ramirez is before the Court for sentencing following pleas of guilty to Counts Two and Six of a seven count indictment which were entered pursuant a written plea agreement.  Count Two charges defendant with Trafficking in Firearms in violation of 18 U.S.C. §§ 933(a)(1) and (b) and Count Six charges Distribution of Fentanyl in violation of 21 U.S.C. § 841(b)(1)(B)(vi).

The parties stipulated to, and Probation calculated, a final adjusted offense level of 25.  Although all agree the final adjusted offense level should be a 25, that number was arrived at by two approaches.  Probation applied a four-level upward adjustment pursuant to USSG §2K2.1(b)(6)(B) find the firearm was possessed in furtherance of another felony

offense.  With that adjustment applied, Probation correctly grouped the two offenses as that adjustment is a specific offense characteristic which embodies the conduct of the other count.  The parties did not include that adjustment but did include a two-level enhancement pursuant to USSG §2k2.1(b)(5)(B) for trafficking in firearms.  Using the enhancements calculated by the parties, the counts do not group and a other two levels were added pursuant to USSG 3D1.4.  Pursuant to the terms of the plea agreement, the United States urges the Court to apply the calculations stipulated to in the terms of the plea agreement.

There appear to be no objections to Probation's determination that defendant is a Criminal History Category II and therefore has a guideline range of 63-78 months imprisonment.

The parties seek a downward variance from that advisory guideline range and jointly recommend a sentence of 60 months.

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

_____/s/_____
ROBERT A. KNIEF
Assistant United States Attorney